ERIC D. HOUSER (SBN 130079)
ehouser@houser-law.com
ROBERT L. DRIESSEN (SBN 242931)
rdriessen@houser-law.com
HOUSER & ALLISON
A Professional Corporation
9970 Research Drive
Irvine, California  92618
Phone: (949) 679-1111
Fax: (949) 679-1112

Attorney for Defendants BARCLAYS CAPITAL REAL ESTATE INC. dba
HOMEQ SERVICING and DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE UNDER POOLING AND SERVICING
AGREEMENT DATED AS OF MAY 1, 2006 MORGAN STANLEY ABS
CAPITAL 1 INC., TRUST 2006 HE3 MORTGAGE PASS THROUGH
CERTIFICATES, SERIES 2006 HE3 erroneously sued herein as DEUTSCH
BANK NATIONAL TRUST COMPANY serving as trustee under POOLING
AND SERVICING AGREEMENT.

## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS SMITH, | ) CASE NO.: |
| | ) |
| Plaintiff, | ) HON. |
| | ) |
| vs. | ) |
| | ) **CERTIFICATION AND NOTICE** |
| DEUTSCH BANK NATIONAL | ) **OF INTERESTED PARTIES** |
| TRUST COMPANY serving as trustee | ) |
| under POOLING AND SERVICING | ) |
| AGREEMENT, EXECUTIVE | ) |
| TRUSTEE SERVICES, LLC, (a | ) |
| GMAC Company), BARCLAYS | ) |
| CAPITAL REAL ESTATE, INC., dba, | ) |
| HOMEQ SERVICING, NEW | ) |
| CENTURY MORTGAGE CORP, and | ) |
| does 1 through 50, inclusive, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

Defendants BARCLAYS CAPITAL REAL ESTATE INC. dba HOMEQ SERVICING and DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE UNDER POOLING AND SERVICING AGREEMENT DATED AS OF MAY 1, 2006 MORGAN STANLEY ABS CAPITAL 1 INC., TRUST 2006 HE3 MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2006 HE3 erroneously sued herein as DEUTSCH BANK NATIONAL TRUST COMPANY serving as trustee under POOLING AND SERVICING AGREEMENT. ("Defendants") by and through its undersigned counsel, pursuant to F.R.C.P. 7.1, certify that the following listed parties may have a pecuniary interest in the outcome of this case:

1. BARCLAYS CAPITAL REAL ESTATE, INC. D/B/A HOMEQ SERVICING.

2. Deutsche Bank – Parent Company, Germany

///
///
///
///
///
///
///
///
///
///
///
///
///

1   These representations are made to enable the court to evaluate possible

2   disqualification or recusal.

3

4   Dated: July 16, 2009                          HOUSER & ALLISON

5                                                 A Professional Corporation

6

7

                                                  Eric D. Houser, Esq.
8                                                 Robert L. Driessen, Esq.
9                                                 Attorneys for Defendant,
                                                  BARCLAYS CAPITAL REAL
10                                                ESTATE INC. dba HOMEQ
11                                                SERVICING and DEUTSCHE
                                                  BANK NATIONAL TRUST
12                                                COMPANY AS TRUSTEE UNDER
13                                                POOLING AND SERVICING
                                                  AGREEMENT DATED AS OF
14                                                MAY 1, 2006 MORGAN STANLEY
15                                                ABS CAPITAL 1 INC., TRUST 2006
                                                  HE3 MORTGAGE PASS
16                                                THROUGH CERTIFICATES,
17                                                SERIES 2006 HE3

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**

STATE OF CALIFORNIA        )
                           ) SS
COUNTY OF ORANGE           )

 I am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 9970 Research Drive, Irvine, CA 92618.

 On July 17, 2009 I served the following document(s) described as follows:

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**
On the following interested parties in this action:

Douglas Smith
1625 Howard Road #155
Madera, CA 93637
*Plaintiff In Pro Per*

[X] VIA FIRST CLASS MAIL—CCP §§ 1013(a); 2015.5; FRCP 5: By placing a true copy thereof enclosed in a sealed envelope(s) addressed as above, and placing each for collection and mailing on the date following ordinary business practices.  I am readily familiar with my firm's business practice and collection and processing of mail with the United States Postal Service and correspondence placed for collection and mailing would be deposited with the United States Postal Service at Irvine, California, with postage thereon fully prepaid that same day in the ordinary course of business.

 I declare under penalty of perjury, under the laws of the United States that the foregoing is true and correct.

 Executed on July 17, 2009 at Irvine, California.

Sherie Cleere