Stuart B. Wolfe (SBN 156471)
sbwolfe@wolfewyman.com
Megan E. Gruber (SBN 246122)
megruber@wolfewyman.com
**WOLFE & WYMAN LLP**
2175 N. California Blvd., Suite 415
Walnut Creek, California 94596-3579
Telephone: (925) 280-0004
Facsimile: (925) 280-0005

Attorneys for Defendant
EXECUTIVE TRUSTEE SERVICES, LLC
fka EXECUTIVE TRUSTEE SERVICES, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| DOUGLAS SMITH,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE UNDER POOLING AND SERVICING AGREEMENT DATED AS OF MAY 1, 2006 MORGAN STANLEY ABS CAPITAL 1 INC., TRUST 2006 HE3 MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2006 HE3, a corporation; EXECUTIVE TRUSTEE SERVICES, LLC fka EXECUTIVE TRUSTEE SERVICES, INC. (A GMAC COMPANY, a limited liability company; BARCLAYS CAPITAL REAL ESTATE, INC., dba HOMEQ SERVICING, a corporation; REAL ESTATE NETWORK, INC., a California corporation; and does 1 through 50, inclusive,<br><br>　　　　Defendants. | Case No.: 1:09-cv-01237-LJO-SMS<br><br>**STIPULATION RE EXTENSION OF TIME FOR DEFENDANT ETS TO RESPOND TO PLAINTIFF'S COMPLAINT ;**<br><br>**ORDER** |

**TO ALL PARTIES HEREIN AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

　　　This Stipulation is made by and between Plaintiff DOUGLAS SMITH ("Plaintiff") and Defendant EXECUTIVE TRUSTEE SERVICES, LLC ("ETS") by and through their respective counsel of record. Plaintiff and ETS agree and stipulate as follows:

///

1

**STIPULATION RE EXTENSION OF TIME FOR DEFENDANT ETS TO RESPOND TO COMPLAINT**
C:\Windows\Temp\notes101AA1\~5117076.doc

PDF created with pdfFactory trial version www.pdffactory.com

A. On or about October 20, 2009 ETS requested of Plaintiff an extension of time to respond to the Complaint until and including November 10, 2009.

B. On or about October 20, 2009, Plaintiff's counsel agreed to extend ETS's time to respond to the Complaint until and including November 10, 2009.

C. This Stipulation does not alter the date of any event or any deadline already fixed by the Court.

WHEREFORE, the parties to this action agree and stipulate that ETS has until and including November 10, 2009 to respond to Plaintiff's Complaint.

DATED: October 21, 2009                WOLFE & WYMAN LLP

By:  /s/ Megan E. Gruber
    STUART B. WOLFE
    MEGAN E. GRUBER
**Attorneys for Defendant**
**EXECUTIVE TRUSTEE SERVICES, LLC fka**
**EXECUTIVE TRUSTEE SERVICES, INC.**

DATED: October 21, 2009                LAW OFFICES OF JAMES MILLER

By:  /s/ James D. Miller
    JAMES MILLER
**Attorneys for Plaintiff**
**DOUGLAS SMITH**

## ORDER ON STIPULATION

The Court having reviewed the stipulation of the parties, and good cause appearing therefore, ORDERS that National City shall have including and until November 10, 2009 to respond to Plaintiffs' Complaint in this matter.

IT IS SO ORDERED.

IT IS FURTHER ORDERED THAT the Scheduling Conference hearing is continued from

2

**STIPULATION RE EXTENSION OF TIME FOR DEFENDANT ETS TO RESPOND TO COMPLAINT**
C:\Windows\Temp\notes101AA1\~5117076.doc

PDF created with pdfFactory trial version www.pdffactory.com

November 10, 2009 to Monday, January 11, 2010 at 9:15 a.m. before Judge Snyder in Courtroom #7.

NOTE: New case number is **1:09-cv-01237-LJO-SMS,** please use this on all future pleadings.

**Dated:     October 22, 2009**                          **/s/ Sandra M. Snyder**
                                                                           **UNITED STATES MAGISTRATE JUDGE**

**STIPULATION RE EXTENSION OF TIME FOR DEFENDANT ETS TO RESPOND TO COMPLAINT**

3

PDF created with pdfFactory trial version www.pdffactory.com