**JAMES D. MILLER  (SBN 207709)**
**LAW OFFICE OF JAMES D. MILLER**
3649 W. Beechwood Ave., Ste. 102
Fresno, California 93711
Telephone: (559) 441-7073
Facsimile:  (559) 261-4916

Attorney for Plaintiff DOUGLAS SMITH

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

*****

| | |
|---|---|
| DOUGLAS SMITH, | Case No. 1:09-cv-01237-LJO-SMS |
| Plaintiff, | Hon. Lawrence J. O'Neill |
| vs. | **STIPULATION OF THE PARTIES TO REMAND THE CASE TO STATE COURT** |
| DEUTSCH BANK NATIONAL TRUST COMPANY serving as trustee under POOLING AND SERVICING AGREEMENT, EXECUTIVE TRUSTEE SERVICES, LLC, (a GMAC Company), BARCLAYS CAPITAL REAL ESTATE, INC., dba, HOMEQ SERVICING, NEW CENTURY MORTGAGE CORP, and does 1 through 50, inclusive, | |
| Defendants. | |

The parties hereby stipulate to have this case remanded to Madera County Superior Court pursuant to 28 USC § 1447.  This stipulation is made by and between Plaintiff Douglas Smith ("Plaintiff"), Defendant Deutsche Bank National Trust Company ("Bank"), Defendant Barclays Capital Real Estate, Inc. dba HomEq Servicing ("Barclays"), Defendant Executive Trustee Services, LLC ("ETS"), and Defendant Eileen Tiso dba Real Estate Network ("Tiso"), by and through their respective counsel of record.

The parties agree that:

///

-1-

**STIPULATION OF THE PARTIES TO REMAND THE CASE TO STATE COURT**

1. On or about April 1, 2009, Plaintiff, a California resident, filed an in pro per complaint in Madera County Superior Court, Case No. MCV046745;

2. On or about July 17, 2009, Bank and Barclays removed the case to the United States District Court, Eastern District of California, Case No. 1:09-cv-01237-LJO-SMS, based upon federal question jurisdiction arising from Plaintiff's Truth-In-Lending ("TILA") violation cause of action;

3. On or about August 24, 2009, Plaintiff filed a substitution of attorney substituting in Plaintiff's current counsel of record, James D. Miller;

4. On or about September 4, 2009, Plaintiff filed a First Amended Complaint omitting the TILA cause of action and adding a new party defendant, Tiso, a California resident; and

5. Upon Plaintiff's amendment of the original complaint, federal question jurisdiction is lacking, and there is not complete diversity of the parties as Tiso and Plaintiff are both California residents.

WHEREFORE, the parties hereby agree and stipulate that this case be remanded to Madera County Superior Court.

Dated: March 19, 2010.   LAW OFFICE OF JAMES D. MILLER

/s/ James D. Miller                        .
By: James D. Miller, Attorney for
Plaintiff Douglas Smith

Dated: March 19, 2010.   EMERSON COREY SORENSEN CHURCH & LIBKE

/s/ Andrew W. Sorensen                        .
By: Andrew W. Sorensen, Attorney for
Defendant Eileen Tiso dba The Real Estate Network

**STIPULATION OF THE PARTIES TO REMAND THE CASE TO STATE COURT**

Dated: March 19, 2010.                      HOUSER & ALLISON

                                                              /s/ Robert L. Driessen                              .
By: Robert L. Driessen, Attorney for
Defendant Barclays Capital Real Estate Inc. dba
Homeq Servicing and Deutsche Bank National
Trust, etc.

Dated: March 19, 2010.                      WOLFE & WYMAN LLP

                                                              /s/ Megan E. Gruber                                .
By: Megan E. Gruber, Attorney for
Defendant Executive Trustee Services, LLC

## **ORDER**

        The Court having reviewed the stipulation of the parties, and good cause appearing therefore, orders that this case be remanded to Madera County Superior Court.

        IT IS SO ORDERED.

Dated: _April 1, 2010              **/s/ Lawrence J. O'Neill**
                                            Hon. Lawrence J. O'Neill
                                            United States District Judge

**STIPULATION OF THE PARTIES TO REMAND THE CASE TO STATE COURT**